Jason Worcester v. Springfield Terminal Railway Company Thank you. Good morning.  Before I begin, I'd like to ask that I could reserve two minutes for rebuttal. Yes. As Ryan Dumay on behalf of Appellant Springfield Terminal, Your Honor. As the court is aware, we're here this morning to seek this court's guidance on how a congressional silence in the Federal Rail Safety Act should be filled by the federal courts. The silence we seek to fill specifically is the standard by which punitive damages under the statute can be awarded. There are essentially two options for filling the congressional silence here. The court can either sanction the district court's decision to resort to the now very shallow reservoir of so-called federal common law, which exists in the wake of the Supreme Court's longstanding decisions in Erie and then in Texas Industries v. Radcliffe Materials. Or it can conclude that the district court should have applied the applicable state common law standard as we contend. The Supreme Court's decision in Erie... Isn't there a third possibility at least? I'm sorry? Isn't there a third possibility at least? That a federal administrative agency can fill in the gap itself? I think, Your Honor, that the doctrine of administrative deference is not or should not be construed to be so broad that it imposes on the courts a standard of punitive damage. I mean, I think this is really an issue that the courts themselves are uniquely suited to determining. The administrative agency should not be able to dictate the standard by which punitive damages are available in a district court action. So if you have a statute that's administered by a federal agency and the statute allows for punitive damages, the administrative agency shouldn't be allowed to fill in the gap in terms of what needs to be shown? I don't think so, Your Honor. I think, again, a rationale underlying the deference that is paid to administrative agencies is that they have special expertise in the statute that they're administering. This is not an aspect of the statute. So is there any case law in this area with respect to the question that I'm asking? I have discovered none, Your Honor. I think part of the reason for that is that, as we've set forth in our briefs, this provision of the FRSA is relatively new. It's only been in effect since 2007. And as a result of that, the case law that we're... But there is, is there not a string of, at least Department of Labor administrative decisions where they do set out the standard of proof for punitive damages? There are. In the context of the FRSA, Mr. Witzke has cited one such decision. The other decisions on which it relies are not FRSA decisions. So... And you would say that those decisions are untethered because those agencies were not permitted to fill in that kind of gap? Yes. I mean, I think when you look at ERIE or Texas Industries, which applies the ERIE rule to federal question cases instead of just diversity cases, the underlying rationale of both decisions is a separation of powers rationale. They're not interpreting a statutory term, though. So whether or not Chevron deference should apply to the Department of Labor, the fact that there are Labor Department interpretations of the term punitive damages, which is in the statute, just highlights the point. This is not the classic type of federal common law case like Sabatino or the ones you're talking about. This is just what term, what does the term mean that Congress used? One way we commonly think about including what it means is ordinary usage. Another one is consistent with the common law. So if a statute has the term employee in it, and the NLRB says interpret employee consistent with the common law, I would assume we would defer to that. And even if punitive damages is something different because of it being a remedy that a court imposes, you might think you wouldn't give Chevron deference. Maybe so. We still can give it Skidmore deference. And what's the reason not to conclude that the term punitive damages should just be, it has to have some meaning. Why would we conclude the right meaning is whatever each individual state happens to come up with, rather than the general definition that's common to restatements and how they discuss it, et cetera? What's strange about doing that? You do that all the time with statutory terms. I think, Your Honor, if you look at the Title VII regime, which is quite analogous to the whistleblower provisions of the FRSA, you see that Congress there not only said punitive damages, but said what it meant by punitive damages. That's great. But when they don't say it, we still have to give some meaning to the term. That's correct. But we often give meaning to the term with reference to general common law principles to suss them out, rather than saying, if they don't define a term that has a common law analog, the right answer is to let it vary with every state. There's no general principle. We must do that. But I think, Your Honor, when you say the common law meaning, you have to, in the post-hearing world, you have to talk about what common law you're talking about. No, you don't. So just imagine the statute that used the term employee. If that's not defined, is your proposition that that then must mean whatever the common law in any individual state is, and it would be impermissible to conclude that employee means, in general, what the common law is treated as employee is? Well, I think when you talk about... Yes or no to that? Because I don't see the cases about federal common law being shallow, suggesting you can never give a general common law meaning to a statutory term. I don't know any case that says that. When you say employee, Your Honor, in that example, you're giving the common and ordinary meaning of a particular word. And how did I come up with it? I came up with it by looking to the general common law principles. That's all that they would be doing here. But I don't think we're talking about what punitive damages mean. Why aren't we? I think we agree on what punitive damages mean. They're damages that are opposed, separate and beyond the compensatory... For what? For malicious conduct or for malice conduct? Right, but determining what punitive damages mean does not answer the question of what level of irreprehensibility you have to show in order to make them available. And I think in order to answer that question, you have to look to one source or another. And if you look to... Well, suppose I pick up the restatement, and the restatement tells me, here's what it means. Why can't I use that? Congress created this cause of action. Congress created the contours of this cause of action. Only Congress has the Article I powers to do that. The restatement doesn't have that authority. And neither does Maine. The courts don't have that authority. And neither does Maine. Correct. So you say we should just go with what Maine says, and I don't understand why that's more sensible than saying what the general understanding of punitive damages is in the country as articulated in restatements and all the traditional sources we look at for what a general common law meaning is. Because I think there is no general federal common law. You have to look to a body of common law if you're going to use a general common law. I'm looking to what Congress intended. What did Congress intend by meaning when it said punitive damages? Did it intend what each individual state meant, or did it intend to use the meaning that if I looked up a treatise on punitive damages, I'd find there? Both seem plausible. You're saying it has to be each individual state, and I don't see why. And I think you just said something very critical, Your Honor. Both seem plausible. When both seem plausible, if the courts choose to fill that silence on their own, the safer course, the course that does not invade Congress's Article I prerogative, is to go with the available state common law. Well, how about a pretty safe course would be to follow Skidmore and to say, gee, the agency that's responsible for administering this has a pretty persuasive explanation of what to do, and I'll go with that. What do I know? I think, Your Honor, my best answer to that is that the kind of agency expertise that justifies that deference is not present in this question, this question of what standard a federal court should be guided by when it makes punitive damages available. Can you ask me one question more, Lee? Of course, Your Honor. Are there some areas of the Federal Railroad Safety Act in which this agency is entitled to deference? Presumably, yes, Your Honor. And what distinguishes this area from the areas where they are entitled to deference? I think there may be areas of the – and I have to concede, Your Honor, that I am not intimately familiar with all aspects of the FRSA. But the whistleblower provision is just one provision of it. There are many – I realize that, but I'm wondering why you distinguish that one in particular from the rest of it. Because I just don't see how the agency should be – view of when punitive damages should be available in a federal court should in any way be binding on the court. Well, what about the fact that they're administering a law that has national application, and therefore you should have a national standard? Who best to determine what that standard is? Is it the agency that is administering that statute? Well, I think Congress is best suited to making that determination. In the Title VII regime, they made the determination that federalizing the standard was appropriate. In this regime, they have not made that determination. And they might well have decided that state punitive damages standards were effective at accomplishing the twin aims of punitive damages, which are deterrence and punishment, and would, by their familiarity to the bar in those states, adequately serve that function. So I think Congress – I think in the face of the silence that we're looking at, we really have to assume that Congress knew what it was doing, particularly given reference to the Title VII regime, where Congress made a different decision. And if they had wanted – they knew how to do it. If they wanted to do it – if they wanted to federalize the standard here in the same way, I suspect that they would have done. I wanted to just briefly address – one of the areas that is under the case law, under the Texas Industries case law, still available for a federal common law application, is the play of uniquely federal interests. And I just wanted to highlight for the Court, in Texas Industries, the Court is clear about what that means and what it doesn't mean. It does not mean the rights of private parties under a federal statute. That is – that would really undo the whole decision and would make anything – Was that case interpreting a particular statutory term? That case revolved around the Sherman antitrust statutes, and specifically whether a right of contribution among defendants was available under the Sherman antitrust statutes. So was that – was interpreting a term or was not? Seems pretty distinct. Yeah, it was not – they weren't specifically talking about a term. But I don't – Is there a case that suggests that when a term is undefined, the only course that a court can adopt is to adopt the particular meaning that term would have in a particular state? No, Your Honor. I don't think, though. What would be sensible in a rule requiring courts to always follow that course? Well, it would be predictable. It would be conservative in the sense of maintaining the separation of powers, which is fundamental. I think – I just want to come back to the point you're making about interpreting a term versus not interpreting a term. I don't think this is a case about interpreting the meaning of punitive damages. I would submit to you that we're not having a dispute about what the term punitive damages means. We're talking about the standard of reprehensibility by which you trigger those punitive damages. So I don't think Mr. Witski and I debate at all what the term itself means. May it please the Court. Mark Witski from Flynn & Witski on behalf of Plaintiff Appellee. As your honors have correctly noted, it would make absolutely no sense to have a federal statute which has an explicit preemption mandate, 49 U.S.C. 20106, which says, laws, regulations, and orders related to railroad safety shall be nationally uniformed to the extent practical. What Appellant is proposing is to encourage forum shopping. Go find the state that has the most lenient punitive damages reprehensibility standard and flood those courts with that. It makes no sense. The federal government has explicitly stated it shall be nationally uniformed. As your honors have correctly noted, the Administrative Review Board, which is the highest reviewing level of the Department of Labor, has uniformly interpreted what is required to find for punitive damages. And when Congress passed the whistleblower amendments to the FRSA, it never changed 20106. And it also did so after the Sarbanes-Oxley findings have been in place for a very long time, meaning they understood how the ARB was already interpreting it. And I would argue that by not redefining the standard for punitives, they were telling this court, we're okay with that. Because if they weren't, then we assume they would have done something different about it. There was no reason to assume that the punitive damages in the FRSA context should receive separate or different treatment, either from other whistleblower statutes or based on the state. Because all of a sudden that would mean that Maine was dictating what the federal standard for punitive damages is. Judge Torreson, at the charging conference in this case, correctly noted Smith v. Wade and correctly went on to say that given what was out there, while it's true that was Title VII, that again was also longstanding case law at the time that this statute was passed, specifically the amendments to the FRSA relating to whistleblower. I would be remiss if I didn't at least address the motion that I made, which the clerk allowed for without prejudice for reconsideration here, which is we are only here because of defendants being permitted to file a notice of appeal 80 days after judgment was entered. Defendant created perjurous affidavits, admitted as much on the record. Defendant offered them in court. So you're saying that the defendants tried to manipulate the time period? One hundred percent. And was that brought to the attention of the trial court when this motion was addressed by the trial court? This motion was not, meaning the motion to dismiss the appeal, of course, was not addressed by the trial court. The motion to withdraw? There was no motion to withdraw. What happened is Judge Torreson saw the opposition to the motion for a new trial come in, immediately convened a conference call and said, whoa, Mr. Defense Counsel, have you reviewed the opposition? And defense counsel acknowledged, yes, I did. I'm prepared to withdraw. All right. So that was addressed. Absolutely. And was the question of manipulation brought to the district court's attention at that point? It was. And, in fact, it was brought to, and I personally raised the concern that I was being, because ironically the nature of the motion for new trial was that I had supposedly suborned perjury. And I raised the fact that to accuse somebody of that, which in our profession, of course, is one of the worst forms of accusation, should have required some form of due diligence. I don't think I'm being careful in my question. My question is whether I thought that you said to me that you believed they were manipulating the time periods. Oh, okay, you're correct. No, that specific issue was not addressed because at that point it wasn't clear what was going to happen. There was no, that issue wasn't right for discussion because it wasn't about manipulating time periods at that point.  I understand. So what happened? So then when the judge at that point says you're free to withdraw, the motion for reconsideration or new trial or whatever, when she says you're free to withdraw, why isn't that an order that disposes of the motion within the meaning of the rule? Because there's no order. There was specifically nothing done by the court. The court allowed the defendant to do something. And if Your Honor searches the docket, there's no order. We have in, of course, part of the record here. Well, how does it work generally? On your account, how is things supposed to work under the rule? I file a motion for reconsideration. That stops the clock. Yes. Okay. I withdraw the motion for reconsideration. As noted in Vandiver, the Tenth Circuit case, it now treats that original motion as a nullity and your clock is right back to where it started. So if you withdraw your motion. So does that mean if I file a motion for reconsideration, I can't appeal until it's adjudicated on the merits? There actually are two separate options. One is you can make a motion to request that the court, you can actually seek out the court's assistant to avoid the exact problem we're having. Seek out the assistant's how? What do I ask them to do? Ask them to deem. Allow me to withdraw it? To request that an order be issued. So the error here, the technicality that you want us to say this whole thing turns on is that though they were before the court knowing there was a motion, though there was a discussion about whether it would continue, and though the district court said, I understand you're going to withdraw it. Go ahead. You can withdraw it. The problem that keeps us from having a live appeal is they didn't also say, could I have that as an order? In a word, yes. What's the reason to not just treat this as in effect an order? It's on the docket. It disposed of the motion. If I look at the docket, there is no pending motion for reconsideration, so it must have been disposed of. The district court is fully aware of that happening, now knows there's going to be an appeal. I think it says that gets the clocks running. So what's the reason to be as formal about it as you're saying we should be? Well, I guess, and perhaps it should be more focused, we should look at the unique circumstances of this particular case. Because I understand this court might have a problem with a per se rule of the way I am. What I see here, however, and what I'm, of course, urging on the courts is to say we are specifically allowing, we're sanctioning, we're accepting pure manipulation. That goes to Chief Judge Howard's point, which might be fair if you wanted to say you could have said to the district court, don't allow the clock to start running. Don't treat this as a valid motion for reconsideration. It was all just a sham, and so we shouldn't have any tolling. That would have been an argument you could have made, but you didn't make it then, which is fine. You're absolutely correct. I did not make that argument. You're correct. I didn't make that argument, but I don't believe, well, not I don't believe. I know there was never a discussion of tolling one way or the other because it was not clear what was going to happen at that point. So as this case comes to us, though, and as we see it, what it looks like to me is there was a motion for reconsideration, which just as things should work, they chose as their right to do to withdraw because they thought about it. No reason to make the court go through ruling on a wasteful motion. District court understands that and says, okay, you can withdraw it. The docket shows there's no pending motion, so it's been disposed of. The district court says the clock starts running. So that sounds like everything worked out great, and now we should have the appeal. On Your Honor's description as it stands, you're absolutely correct. The problem is the blatant and intentional manipulation below that would allow a defendant to manipulate the tolling period. That said, I understand this court may very well just want to get to the substance of it. No, no, but the point of my question, I'm trying to understand where should that issue be hashed out. You say they were manipulating the time period. I did not bring that point to the attention of the district court, which so that implies that this court is where that should be hashed out. That got hashed out and raised as soon as. It wasn't raised. You've already said it wasn't raised. Correct. It wasn't raised in the court below. When I was going to finish the sentences, it was raised. As soon as the notice of appeal was filed, the motion was filed. Because that was the first time to know whether or not they were going to be relying on that tolling. But we have nothing in the record that would help us decide whether it was manipulative. If Your Honor looks at the record from the conference call regarding the withdrawal of the motion, it's the defense counsel specifically says, I inserted the names. The affiance did not. And that I made an assumption there. No, I mean the time periods, that the time periods are being manipulated. That's the question for us. Okay. Now I understand, Your Honor. And my answer to you is, there's no other interpretation. They're taking benefit of their own bad acts. The district court didn't seem to think that's what was going on. I don't think the district court. The only thing that I can infer from the district court's words were that the time clock begins to run at that point. I certainly understand, Your Honor. So help me figure out why I should be interpreting it the opposite way. Because the court was not, the district court was not in a position to determine the tolling effect one way or the other. Because it wasn't brought to her attention. Because it has nothing to do with her. Because there was nothing pending before that court for her to address, as she noted. And separately, the first time we know whether or not they're going to use that manipulation is when they file a notice of appeal. Had they not filed a notice of appeal, of course, A, we wouldn't be here at all. Tell me what's wrong with this approach. Most of the cases seem to say that if the district court does something on the record, approving of the, allowing the motion to withdraw, allowing the withdrawal of the motion that's pending, that that will then run the clock. And so it seems to me if that's the, we may not have law that says that in this circuit, at least not yet. But if that's the standard, then everybody knows that if you're going to make an argument that they're manipulating the time clock, you ought to put it on the record so that we have something to look at. What would be wrong with that rule? Because at the moment that motion gets withdrawn by defense counsel, it's not clear if they're going to manipulate the clock at all. Because you don't know what their next step is. No, but you know that the standard will be that there is, that we will presume that there is no manipulation unless the record discloses otherwise. I would submit that what really has to happen is the defendant has to protect themselves if they are the ones who put everybody in this position to say, please issue an order granting withdrawal of my motion. But see, doesn't that lead to wholesale filing of these motions just to buy some time? Well, no, only because you have, you still, we always have the overarching FRCP Rule 11 basis, it must be in good faith. So you have that rule. And you can almost always find some good faith reason to seek reconsideration. Usually it's a tactical or strategic call not to do that. But it seems to me that the standard that you're asking for would lead to everyone filing those motions. I respectfully disagree because we don't see that happening now. Maybe that's because the presumption is that it's not manipulation unless there's something on the record to suggest otherwise. See, I don't think this is necessarily an easy question, but I did want to talk it through with you. What I would say is that the Tenth Circuit takes a hard line on it. But that's a case where there was nothing from the District Court blessing the withdrawal. Right? Isn't that what distinguishes that from the other cases? Correct. Isn't the easy answer in Vanderbilt maybe the opposite of what Vanderbilt said, which is just you can't take the appeal because there's a pending motion for reconsideration. And if that was the rule, then you'd have every incentive to have to go to the court to get them to acknowledge that the motion was gone, at which point the clock would start running, save for somebody saying, actually, treat this whole thing as a sham. There never was a pending motion at all. So the days have already run, which if you wanted to do that. I mean, I take the point it's hard to know when you should raise that because you don't know if they're going to appeal. That's just it. But I guess if one person doesn't have any authority, frankly, at that point to tell me one way or the other. Fortunately for us, maybe unfortunately for you, you don't make the manipulation argument in your brief to us. In your brief to us. As I read your brief, the only argument you make to us is it's simply there was no order, and therefore the clock doesn't run. All right. Candidly, I read my motion as this was pure manipulation from the get-go. In the brief to us on this issue, in your briefing on the issue, I didn't see anything addressing the point that this is a special case because it was a manipulation. I mean, you do say parties should not be allowed to manipulate the time period. Correct. And that's my way of, I guess. There's a lot of issues that one would want to flesh out to try and make that a developed argument. Well, in the record is a statement, is the entirety of that conversation, where defense counsel admits that he inserts the names, he created that the witnesses did not come to him with those names. I don't know any other way to call that other than manipulation. No, I'm saying developing a legal argument as to why manipulation would be, there might be cases you would cite, what point is this done, what's the standard for doing it, there's a thousand questions that are raised. I have a question, clarification really. I thought you started your argument by saying there had been some false testimony or some affidavit that had been falsified or something to that effect. Did I hear correctly? You did. Can you repeat it again to make sure I understand? Sure. The affidavits that were submitted in support of the motion for new trial were fraudulent. They were signed by witnesses, but the name that was in, the details essentially were as a rebuttal witness, I asked the rebuttal witness, isn't this the first time, is this the first time you and I have ever met, his answer was yes. The basis for the motion for new trial was two affidavits from two witnesses who said, when Mr. Witski said that that's not true because Mr. Witski had met with Mr. Stevens previously and what we came to find out was not that the affidavits did not say they had met with Mr. Witski, I think I get my own name right, what they said instead was had met with an attorney and defense counsel inserted the name in order to present the basis for the motion for new trial and he admitted as much on the record to Judge Torreson that he inserted that, that they did not, and he just assumed and inserted that on his own. So he created, he drafted the affidavit, they said generally attorney, he inserted the name to make it work to fit the motion for new trial. And when I was saying manipulation, that's where I was going, I understand your point about the case law, however. When it comes to, okay, thank you, Your Honor. Thank you, Your Honor. It wasn't clear to me that I had anything constructive to add to my brief on this second issue of the timeliness, but I do just want to address a few points there. There was no, I was not trial counsel in this matter, but Mr. Witski has generally reported correctly that witnesses informed trial counsel that this rebuttal witness had met with Mr. Worcester's attorney. An assumption was made which generated the filing of the motion. That was done in good faith, perhaps too quickly, but in good faith. And when, as evidenced by the fact that when the mistake became clear to trial counsel, he sought to withdraw the motion for new trial. That was, I think as Chief Judge Howard has observed, that was done with the court's participation. The court indicated on the record that the court was taking that as a motion to withdraw, and that it was decided as of today and clocks are running. So even though at that point, in terms of when these issues should be raised, even though at that point Mr. Witski did not know whether we would ultimately appeal or not, he knew that the tolling rule would be applied to it because Judge Torrison had said so. She had specifically gone so far as to say clocks are running as of today. I don't know that I've had anything else unless I can be in any other way helpful to the court on the second issue that I didn't address before. Thank you.